## Commonwealth v. McRae, Appellant.

Submitted December 11, 1967. *Henry T. McCrary, Jr.,* for appellant; *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Maguire, Appellant.

Submitted December 11, 1967. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. O'Brien, Appellant.

Argued December 14, 1967. *David N. Brook,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., dissented.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.